# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA | § | Cause NO. CR11-00721 EJD |
|---|---|---|
| v. | § | |
| ERNESTO G. HABERLI, Defendant | § | |

## ORDER CONTINUING SENTENCING HEARING

This Court, has before it the agreed motion of the parties to continue the sentencing hearing in this matter previously set for January 9, 2012 to March 12, 2012.

In order to allow an adequate time for the preparation, review, and response to the pre-sentencing report, this matter should be and hereby is CONTINUED to March 12, 2012, at 1:30 p.m., PST.

DATED: December 20, 2011

_____
**JUDGE PRESEDING**
EDWARD J. DAVILA, UNITED STATES DISTRICT JUDGE